# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

**NO. 03-03-00333-CR**
**NO. 03-03-00334-CR**

**Tracy Lynn Carpenter aka Tracy Lynn Walker, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT**
**NOS. 48,645 & 48,963, HONORABLE JOE CARROLL, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant's motion to dismiss these appeals is granted.  *See* Tex. R. App. P. 42.2(a).

The appeals are dismissed.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellant's Motion

Filed:  March 11, 2004

Do Not Publish